# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-98-93-D |
| ) | |
| REGINA ANN EVANS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant Regina Ann Evans' Motion for Early Termination of Supervised Release [Doc. No. 623]. Defendant seeks relief from two concurrent terms of supervised release imposed on May 27, 1999. She began serving the terms of supervised release on July 9, 2013, and they will otherwise expire on July 8, 2018.

The Court is authorized to consider this request pursuant to Title 18, United States Code, Section 3583(e)(1), which confers discretion on a sentencing court to terminate a term of supervised release and discharge the defendant at any time after expiration of one year of supervision if, after considering certain § 3553 factors, the court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e)(1); *see also Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012). In this case, the United States Probation Office opposes early termination based solely on Defendant's history and the nature of the offense. The United States Attorney recognizes the position of the United States Probation Office, but defers to the Court's determination of the issue.

Upon consideration of the facts and the applicable law, the Court notes it is undisputed that Defendant has remained drug-free, has been steadily employed, and has complied with the terms and conditions of her supervised release for three years. There are no identifiable risks to the public or to any victim militating against early termination. Under the circumstances, the Court finds that early termination of Defendant's terms of supervised release is warranted.

IT IS THEREFORE ORDERED that the concurrent five-year and three-year terms of supervised release imposed May 27, 1999, are terminated. Defendant Regina Ann Evans is discharged from further supervision.

IT IS SO ORDERED this 3rd day of November, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE